FILED

JUN 1 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 5 : 2 6 CR 0 0 2 9 2 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| QURAN BOSTON, | ) | Sections 922(g)(1), 924(a)(8), |
| | ) | and 924(c)(1)(A)(i); Title 21, |
| Defendant. | ) | United States Code, Sections |
| | ) | 841(a)(1), (b)(1)(A) and |
| | ) | (b)(1)(C) |

JUDGE POLSTER

COUNT 1
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1.     On or about April 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant QURAN BOSTON did knowingly and intentionally possess with intent to distribute a mixture and substance containing 400 grams or more of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.     On or about April 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant QURAN BOSTON did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3.      On or about April 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant QURAN BOSTON, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being, Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of the Indictment, possessed a firearm, to wit: a Glock, model 23, .40 caliber pistol, bearing serial number CC7W724, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4.      On or about April 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant QURAN BOSTON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Burglary, in Summit County Common Pleas Court case number CR 2013-04-1117, on or about June 27, 2013, did knowingly possess in and affecting interstate and foreign commerce, firearms, to wit: an Aero Precision Works, model M4E1, .223 caliber AR pistol, bearing serial number M4-0116261, and a Glock, model 23, .40 caliber pistol, bearing serial number CC7W724, and ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

5.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant QURAN BOSTON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offense charged herein.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3